

**UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF TEXAS**

**Plaintiff**
UNITED STATES OF AMERICA, ET AL
vs
**Defendant**
STEWARD HEALTH CARE SYSTEM LLC, ET AL

DOCKET NO. 3:21-CV-00870-S

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** KINGSWOOD CAPITAL MANAGEMENT LP C/O JAMES RENNA, PARTNER
**Address:**
11812 SAN VICENTE
BOULEVARD, SUITE 604
LOS ANGELES CA 90049

Cost of Service pursuant to R4:4-30

$ _____

**Attorney:**
SPIRO HARRISON & NELSON
363 BLOOMFIELD AVENUE SUITE 2C
MONTCLAIR NJ 07042

**Papers Served:**
QUI TAM COMPLAINT; CIVIL COVER SHEET

**Service Data:**

Served Successfully __X__   Not Served _____   Date: 9/12/2023   Time: 1:25 pm   Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

**Name of Person Served and relationship/title**

Viena Chou

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Managing Agent

**Description of Person Accepting Service:**

Age: 30   Height: 4'   Weight: 100   Hair: black   Sex: F   Race: Asian

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                              Date _____ Time
                              Date _____ Time
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
14th day of September 2023

_Kathy McCool_
Notary Signature

I, Delbert Salgado, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Delbert Salgado_ 9/14/23
Signature of Process Server   Date

KATHY MCCOOL
COMM. #2366015
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires Jul 16, 2025

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  666006
File No.  3:21-CV-00870-S