# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | CASE NO.: 3:21-cv-0870-S |
| STEWARD HEALTH CARE SYSTEM LLC; STEWARD HEALTH CARE HOLDINGS LLC; STEWARD HEALTH CARE INVESTORS, LLC; CEREBRUS CAPITAL MANAGEMENT, L.P.; STEWARD PHYSICIAN CONTRACTING, INC; STEWARD MELBOURNE HOSPITAL, INC d/b/a MELBOURNE REGIONAL MEDICAL CENTER; STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a ROCKLEDGE REGIONAL MEDICAL CENTER; RALPH DE LA TORRE; MICHAEL CALLUM; DANIEL KNELL; JOSH PUTTER; TIM CROWLEY and JAMES RENNA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Omni Healthcare, Inc. ("Omni"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all of Omni's claims in the above-captioned matter against Cerberus Capital Management, L.P. ("Cerberus").  The claims against all other named Defendants remain.

Dated: October 31, 2023

Respectfully submitted,

*/s/ Jessica Glitz*
Jessica Glitz
Texas Bar No.: 24076095
Jglitz@johnsonlawgroup.com
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Phone: (713) 626-9336
Fax: (713) 583-9460
**Local Counsel for Relator**

Jesse Hoyer Estes
Florida Bar No.: 076934
jesse@hoyerlawgroup.com
Sean Estes
Florida Bar No.: 048320
sean@hoyerlawgroup.com
Hoyer Law Group, PLLC
2801 W. Busch Blvd., Suite 200
Tampa, Florida 33618
Tel.: 813-375-3700
Fax: 813-375-3710
**Lead Counsel for Relator**

## CERTIFICATE OF SERVICE

This is to certify that on October 31, 2023, a true and correct copy of the foregoing has been furnished to all parties of record via the Court's electronic filing service in accordance with the Federal Rules of Civil Procedure.

Dated: October 31, 2023

Respectfully submitted,

*/s/ Jessica Glitz*
Jessica Glitz
Texas Bar No.: 24076095
Jglitz@johnsonlawgroup.com
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Phone: (713) 626-9336
Fax: (713) 583-9460

**Local Counsel for Relator**

Jesse Hoyer Estes
Florida Bar No.: 076934
jesse@hoyerlawgroup.com
Sean Estes
Florida Bar No.: 048320
sean@hoyerlawgroup.com
Hoyer Law Group, PLLC
2801 W. Busch Blvd., Suite 200
Tampa, Florida 33618
Tel.: 813-375-3700
   Fax: 813-375-3710

**Lead Counsel for Relator**