UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC.<br><br>                Plaintiffs,<br><br>    v.<br><br>STEWARD HEALTH CARE SYSTEM LLC; STEWARD HEALTH CARE HOLDINGS LLC; STEWARD HEALTH CARE INVESTORS, LLC; CERBERUS CAPITAL MANAGEMENT, L.P.; STEWARD PHYSICIAN CONTRACTING, INC; STEWARD MELBOURNE HOSPITAL, INC d/b/a MELBOURNE REGIONAL MEDICAL CENTER; STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a ROCKLEDGE REGIONAL MEDICAL CENTER; RALPH DE LA TORRE; MICHAEL CALLUM; DANIEL KNELL; JOSH PUTTER; TIM CROWLEY AND JAMES RENNA,<br><br>                Defendants. | Case No.: 3-21-cv-0870-S |

## JOINT PROPOSED BRIEFING SCHEDULE

Relator Omni Healthcare, Inc. and Defendants Steward Health Care System LLC, Steward Health Care Holdings LLC, Steward Healthcare Investors, LLC, Steward Physician Contract, Inc., Steward Melbourne Hospital, Inc. d/b/a Regional Medical Center, Steward Rockledge Hospital, Inc. d/b/a Rockledge Regional Medical Center, Sebastian River Medical Center, Inc. d/b/a Sebastian River Medical Center, Ralph de la Torre, and Michael Callum ("Steward Defendants") hereby submit this Joint Proposed Briefing Schedule to inform the Court of their agreed-upon briefing schedule for the Steward Defendants' answers or other responses to the Complaint filed in the above-captioned action. The parties stipulate that the return of the Steward Defendants' waiver of service forms occurred on September 6, 2023.

The parties agree to the following schedule:

| | |
|---|---|
| Steward Defendants' Answers or Motions to Dismiss Due | November 6, 2023 |
| Relator's Opposition(s) to Motions to Dismiss Due | December 6, 2023 |
| Steward Defendants' Replies to Opposition(s) to Motions to Dismiss Due | December 20, 2023 |

Dated:  November 2, 2023

Respectfully submitted,

**McDermott Will & Emery LLP**

/s/ *Kaylynn Webb*
Kaylynn Webb (Bar No. 24118583)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
(214) 295-8043
kwebb@mwe.com

Mark W. Pearlstein (admitted *pro hac vice*)
200 Clarendon Street, Floor 58
Boston, Massachusetts 02116
(617) 535-4000
mpearlstein@mwe.com

Theodore E. Alexander (admitted *pro hac vice*)
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000
talexander@mwe.com

*Attorneys for Steward Health Care System LLC; Steward Health Care Holdings LLC; Steward Health Care Investors, LLC; Steward Physician Contracting, Inc.; Steward Melbourne Hospital, Inc. d/b/a Melbourne Regional Medical Center; Steward Rockledge Hospital, Inc. d/b/a Rockledge Regional Medical Center; and Sebastian River Medical Center, Inc. d/b/a Sebastian River Medical Center*

**Quinn Emanuel Urquhart & Sullivan, LLP**

Will Thompson (Bar No. 24098941)
3100 McKinnon St, Suite 1125

**Johnson Law Group**

Jessica Halley Glitz
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
(713) 626-9336
jglitz@johnsonlawgroup.com

**Spiro Harrison & Nelson**

David Butler Harrison, I
Svjetlana Tesic
363 Bloomfield Ave
Suite 2c
Montclair, NJ 07042
(973) 744-2100
dharrison@spiroharrison.com
stesic@shnlegal.com

**Hoyer Law Group PLLC**

Jesse Hoyer Estes
Sean Estes
2801 W Busch Blvd
Suite 200
Tampa, FL 33618
(813) 375-3700

*Attorneys for Relator*

Dallas, TX 75201
(469) 902-3600
willthompson@quinnemanuel.com

Anthony Bongiorno (*pro hac vice* application forthcoming)
William D. Weinreb (*pro hac vice* application forthcoming)
111 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100
billweinreb@quinnemanuel.com
anthonybongiorno@quinnemanuel.com

*Attorneys for Defendant Michael Callum*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I electronically filed the foregoing document using the Court's ECF system, which will send notice of the filing to all counsel of record via e-mail.

/s/ Kaylynn Webb
Kaylynn Webb