UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC.<br><br>    Plaintiffs,<br><br>  v.<br><br>STEWARD HEALTH CARE SYSTEM LLC; STEWARD HEALTH CARE HOLDINGS LLC; STEWARD HEALTH CARE INVESTORS, LLC; CERBERUS CAPITAL MANAGEMENT, L.P.; STEWARD PHYSICIAN CONTRACTING, INC; STEWARD MELBOURNE HOSPITAL, INC d/b/a MELBOURNE REGIONAL MEDICAL CENTER; STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a ROCKLEDGE REGIONAL MEDICAL CENTER; RALPH DE LA TORRE; MICHAEL CALLUM; DANIEL KNELL; JOSH PUTTER; TIM CROWLEY AND JAMES RENNA,<br><br>    Defendants. | Case No. 3:21-cv-0870-S |

**MOTION TO DISMISS BY DEFENDANTS JOSH PUTTER, TIM CROWLEY, AND DANIEL KNELL**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendants Josh Putter, Tim Crowley, and Daniel Knell ("Movants") respectfully move the Court to dismiss all claims asserted against them in Relator Omni Healthcare Inc.'s complaint (ECF No. 2). The grounds for this motion are fully set forth in the Movant's accompanying brief in support of their Motion to Dismiss as well as in the Steward Defendants' adjacent briefing (ECF No. 60).

        JOSH PUTTER, TIM CROWLEY, AND DANIEL KNELL,

        By their attorneys,

        */s/ Thomas G. Yoxall*
        Thomas G. Yoxall
          Texas Bar No. 00785304
          tyoxall@lockelord.com
        Nicholas S. Graber
          Texas Bar No. 24122918
          Nick.graber@lockelord.com
        2200 Ross Avenue
        Suite 2800
        Dallas, TX 75201
        (214) 740-8000

        Howard M. Cooper
        hcooper@toddweld.com
          Massachusetts Bar No. 543842
        Seth J. Robbins
        srobbins@toddweld.com
          Massachusetts Bar No. 655146
        Keval D. Kapadia
          Massachusetts Bar No. 709323
        kkapadia@toddweld.com
        TODD & WELD LLP
        One Federal Street, 27th Floor
        Boston, MA 02110

Dated: November 10, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2023, I electronically filed the foregoing document using the Court's ECF system, which will send notice of the filing to all counsel of record via e-mail.

        */s/ Thomas G. Yoxall*
        Thomas G. Yoxall