# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC. | § § § § | |
| v. | § § | |
| STEWARD HEALTH CARE SYSTEM LLC, STEWARD HEALTH CARE HOLDINGS LLC, STEWARD HEALTH CARE INVESTORS LLC, STEWARD PHYSICIAN CONTRACTING, INC., STEWARD MELBOURNE HOSPITAL, INC. d/b/a MELBOURNE REGIONAL MEDICAL CENTER, STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a ROCKLEDGE REGIONAL MEDICAL CENTER, RALPH DE LA TORRE, MICHAEL CALLUM, DANIEL KNELL, JOSH PUTTER, TIM CROWLEY, and JAMES RENNA | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:21-CV-870-S |

## ORDER SETTING INITIAL HEARING

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby sets this case for hearing on **November 27, 2023, at 1:30 p.m.** At least one counsel of record for each party shall be present. This hearing will be conducted in person.

The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f). The Court expects the parties to review its Judge Specific Requirements, located at: http://www.txnd.uscourts.gov/judge/district-judge-karen-gren-scholer. The parties are encouraged to email to Scholer_Orders@txnd.uscourts.gov a proposed **agreed** scheduling order at least three days before the hearing based on: http://www.txnd.uscourts.gov/sites/default/files/documents/ScholerSO.doc. If the parties' proposed

agreed order deviates from the Court's standard form, they must submit a redlined version showing where the proposed order differs.

      **SO ORDERED.**

      SIGNED November 16, 2023.

                                     **KAREN GREN SCHOLER**
                                     **UNITED STATES DISTRICT JUDGE**