# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC. <br><br> v. <br><br> STEWARD HEALTH CARE SYSTEM LLC, STEWARD HEALTH CARE HOLDINGS LLC, STEWARD HEALTH CARE INVESTORS LLC, STEWARD PHYSICIAN CONTRACTING, INC., STEWARD MELBOURNE, INC. d/b/a MELBOURNE REGIONAL MEDICAL CENTER, STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a ROCKLEDGE REGIONAL MEDICAL CENTER, STEWARD SEBASTIAN RIVER MEDICAL CENTER, INC. d/b/a SEBASTIAN RIVER MEDICAL CENTER, RALPH DE LA TORRE, MICHAEL CALLUM, DANIEL KNELL, JOSH PUTTER, TIM CROWLEY, and JAMES RENNA | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:21-CV-0870-S |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Deborah Hankinson
Hankinson PLLC
Dallas, TX
(214) 754-9185
deborah@dhankinson.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED December 20, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**