# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC.<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM LLC, *et al.* | § § § § § § § § § <br><br>CIVIL ACTION NO. 3:21-CV-0870-S |

## ORDER

After reviewing the papers and pleadings on file, the Court notes that Defendant James Renna has been in default for a period in excess of 90 days, and Plaintiff has yet to move for default. Pursuant to Local Rule 55.1, the Court **ORDERS** Plaintiff Omni Healthcare, Inc., to move for entry of a default and a default judgment, and otherwise to comply with Local Rule 55.3, no later than **March 2, 2024**. Failure to file the appropriate documents may result in dismissal of this case against Defendant James Renna without further notice.

**SO ORDERED.**

SIGNED February 2, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**