# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC. § § § § § § § § | CIVIL ACTION NO. 3:21-CV-0870-S |
| v. | |
| STEWARD HEALTH CARE SYSTEM LLC, et al. | |

## ORDER

The Court has been notified that on May 6, 2024, Defendants Steward Health Care System LLC, Steward Health Care Holdings LLC, Steward Physician Contracting, Inc., Steward Melbourne Hospital, Inc., Steward Rockledge Hospital, Inc., and Steward Sebastian River Medical Center, Inc., filed petitions for bankruptcy under Chapter 11 of the United States Bankruptcy Code. Pursuant to Section 362 of the Bankruptcy Code, an automatic stay is now in effect. Accordingly, this case is administratively closed without prejudice to its being reopened after the related bankruptcy proceeding is concluded or the stay is lifted.

**SO ORDERED.**

SIGNED May 8, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**