## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEWARD HEALTH CARE SYSTEM LLC; STEWARD HEALTH CARE HOLDINGS LLC; STEWARD HEALTH CARE INVESTORS, LLC; STEWARD PHYSICIAN CONTRACTING, INC; STEWARD MELBOURNE, INC. d/b/a MELBOURNE REGIONAL MEDICAL CENTER; STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a ROCKLEDGE REGIONAL MEDICAL CENTER; STEWARD SEBASTIAN RIVER MEDICAL CENTER, INC. d/b/a SEBASTIAN RIVER MEDICAL CENTER; RALPH DE LA TORRE; MICHAEL CALLUM; DANIEL KNELL; JOSH PUTTER; TIM CROWLEY; AND JAMES RENNA, <br><br> Defendants. | Case No.: 3-21-cv-00870-S |

## <u>DEFENDANT RALPH DE LA TORRE'S MOTION TO SUBSTITUTE COUNSEL</u>

Pursuant to Local Rule 83.12(d), Defendant Ralph De La Torre respectfully requests that Anthony A. Bongiorno, Esq., William Weinreb, Esq., William Thompson, Esq., and the law firm of Quinn Emanuel Urquhart & Sullivan LLC be substituted as counsel for Mr. De La Torre, and that David Genender, Esq., Alexander John Kritikos, Esq., Kaylynn Danielle Webb, Esq., Mark Pearlstein, Esq., Theodore Alexander, Esq., and the law firm of McDermott Will & Emery be permitted to withdraw as Mr. De La Torre's counsel.

1

Dated:  September 6, 2024

Respectfully submitted,

**Quinn, Emanuel, Urquhart & Sullivan LLC**

By:    <u>/s/ *William Thompson*           </u>
William Thompson
State Bar No. 24094981
3100 McKinnon St., Suite 1125
Dallas, TX 75201
(469) 902-3600
willthompson@quinnemanuel.com

Anthony Bongiorno (admitted *pro hac vice*)
111 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100
anthonybongiorno@quinnemanuel.com

William D. Weinreb (admitted *pro hac vice*)
111 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100
billweinreb@quinnemanuel.com

**McDermott Will & Emery**

By:    <u>/s/ *David Genender*</u>
David Michael Genender
State Bar No. 790757
2501 North Harwood St., Suite 1900
Dallas, TX 75201
(214) 210-2804
dgenender@mwe.com

Alexander Kritikos
State Bar No. 24133598
845 Texas Avenue, Suite 4000
Houston, TX 77002-1656
(713) 653-1700
akritikos@mwe.com

Kaylynn Danielle Webb
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
(214) 295-8043
kwebb@mwe.com

Mark W. Pearlstein (admitted *pro hac vice*)
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
mpearlstein@mwe.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2024, I electronically filed the foregoing document using the Court's ECF system, which will send notice of the filing to all counsel of record via e-mail.

/s/ *William Thompson*
William Thompson