# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC.<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM LLC, et al. | § § § § § § § § § | CIVIL ACTION NO. 3:21-CV-0870-S |

## ORDER

Before the Court is Relator Omni Healthcare, Inc.'s Motion to Reopen the Case as to Defendants Ralph De La Torre, Michael Callum, Daniel Knell, Josh Putter, Tim Crowley, and James Renna ("Individual Defendants") Following Administrative Closure ("Motion") [ECF No. 107]. The Court has reviewed and considered the Motion, Individual Defendants' Joint Opposition to Relator's Motion to Reopen Case [ECF No. 111], Relator's Reply Brief in Support of Its Motion to Reopen the Case as to Individual Defendants [ECF No. 113], and the applicable law. As the Individual Defendants state, any judgment against the Individual Defendants would in effect be a judgment against the Individual Defendants' debtor co-defendants, and Relator has failed to demonstrate that it will face significant hardship if the case remains closed. For those reasons, and in the interest of justice and to appropriately control the Court's docket, the Court **DENIES** the Motion. *See Blundell v. Home Quality Care Home Health Care, Inc.*, No. 3:17-CV-1990-L-BN, 2017 WL 5889715, at *6 (N.D. Tex. Nov. 29, 2017). This case is to remain **STAYED and ADMINISTRATIVELY CLOSED** without prejudice to its being reopened after the related bankruptcy proceeding is concluded or the stay is lifted.

**SO ORDERED.**

SIGNED October 1, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

2