IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC., <br><br>      Plaintiffs, <br><br> v. <br><br> STEWARD HEALTH CARE SYSTEM LLC; et al., <br><br>      Defendants. | Civil Action No. 3:21-CV-0870-S |

## **(CORRECTED) NOTICE OF SUBSTITUTION OF COUNSEL**[1]

Pursuant to local civil rule 83.12, the undersigned is hereby substituted as counsel for the United States in place of Richard Guiltinan (who has recently left the U.S. Attorney's Office).

Respectfully submitted,

NANCY LARSON
Acting United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:  214-659-8807
brian.stoltz@usdoj.gov

Attorneys for the United States of America

---

[1] The prior notice of substitution was erroneously filed with the wrong case caption.

**Notice of Substitution of Counsel – Page 1**

CERTIFICATE OF SERVICE

      On August 2, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, and thereby served counsel for the parties via the ECF system.

      /s/ Brian W. Stoltz
      Brian W. Stoltz
      Assistant United States Attorney